**No. 49505.**—Protest 105749–K of Mme. Beatrice Lever (Los Angeles).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 49506.**—Protest 105571–K of Barker Bros. Corp. (Los Angeles).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following Abstract 46823 certain of the merchandise in question was held not subject to countervailing duty.

**No. 49507.**—Protests 37580–K, etc., of Austin Nichols & Co., Inc., et al. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49508.**—Protests 105741–K, etc., of Austin Nichols & Co., Inc., et al. (Los Angeles).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49509.**—Protests 100641–K, etc., of R. L. Albert & Son, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 17, 1944

**No. 49510.**—Protest 655910–G of Walter T. Ueland (New York).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and therefore excluded from paragraph 5. The protest was sustained to this extent.